# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>UDELL CLY,<br><br>Defendant. | Case No. CR-12-62-GF-BMM<br><br>**ORDER<br>AMENDING JUDGMENT** |

Defendant Udell Cly having filed an Unopposed Motion to Amend Judgment there being no objection from the Government;

IT IS HEREBY ORDERED that the Judgment, (Doc. 125), shall be amended to reflect that Mr. Cly, the Defendant, admitted to violations 2 and 3.

IT IS FURTHER HEREBY ORDERED that the Judgment, (Doc. 125), shall be amended to reflect that Violation 1 was dismissed by motion of the Government.

DATED this 3rd day of September, 2019.

_____
Brian Morris
United States District Court Judge

1